# *United States District Court*
## *District of Minnesota*

Case Credit Corporation,

Plaintiff

v.

Civil Action 00-1230 (MJD/RLE)

Northland Capital Financial,

Defendant and
Third Party Plaintiff.

v.

Jerold Wood, d/b/a Northstar Boring, and
Ditch Witch of Minnesota, Inc.,

Third Party Defendant.

## AMENDED CLERK'S ENTRY OF DEFAULT

It appearing that third party defendant is in default for failure to plead or otherwise defend in this action, as required by law;

Now, therefore, on application of defendant and third party plaintiff, **DEFAULT IS HEREBY ENTERED** against Jerold Wood this 24th day of July, 2000.

FRANCIS E. DOSAL

By JoAnn Hoadley
JoAnn Hoadley, Deputy Clerk

entry of default.wpd