# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Credit Corporation

Plaintiff

v.

Case No. Civil 00-1230 MJD/RLE
**JUDGMENT IN A CIVIL CASE**

Northland Capital Financial Services, LLC

Defendant and Third-Party Plaintiff

v.

Jerold Wood, d/b/a Northstar Boring, and Ditch Witch of Minnesota, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Northland Capital Financial Services, LLC, be awarded judgment against the third-party defendant Jerold Wood for all sums that may be adjudged against defendant and third-party plaintiff together with costs and disbursements incurred herein.

DATE: September 27, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(18)